**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| | § | |
| MEECORP CAPITAL MARKETS, LLC, | § | |
| | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | C.A. NO. C-06-148 |
| | § | |
| TEX-WAVE INDUSTRIES, LP, et al, | § | |
| | § | |
|     Defendants. | § | |
| | § | |
| | § | |

**<u>FINAL JUDGMENT</u>**

On December 27, 2006, this Court entered an "Order Granting Plaintiff's Motion for Summary Judgment." Pursuant to Federal Rule of Civil Procedure 54(b), the Court finds that there is no just reason for delay and therefore enters final judgment in favor of Plaintiff Meecorp Capital Markets, LLC, against Defendants Tex-Wave Industries, LP, Monty Guiles, and David Croft, jointly and severally, in the amount of $7,013,869.93.

Furthermore, the Court hereby DECLARES that an Event of Default has occurred under the Loan Agreement between Plaintiff and Defendant Tex-Wave Industries, LP. Therefore, pursuant to the Pledge Agreement executed by Defendants Tex-Wave Industries, LP, Monty Guiles, and David Croft, Plaintiff is entitled to vote the partnership interest of Tex-Wave Industries, LP, until such time as this judgment has been satisfied.

FINAL JUDGMENT is rendered.

SIGNED and ENTERED this 27th day of December, 2006.

_____
          Janis Graham Jack
    United States District Judge