UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MEECORP CAPITAL MARKETS, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. C-06-148 |
| | § | |
| TEX-WAVE INDUSTRIES, LP, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING UNOPPOSED MOTION
## FOR SUBSTITUTION OF COUNSEL

On this day came on for consideration Plaintiff Meecorp Capital Markets, LLC's Unopposed Motion for Substitution of Counsel. The Court being of the opinion that same should be granted, it is accordingly, ORDERED, ADJUDGED AND DECREED that R. Laurence Macon and Roberta J. Benson of the firm of AKIN GUMP STRAUSS HAUER & FELD LLP be withdrawn as attorneys for Meecorp Capital Markets, LLC and that Jerry L. Mitchell and Norman W. Peters, Jr. of the law firm KASOWITZ, BENSON, TORRES & FRIEDMAN be substituted in as attorneys for said Plaintiff.

SIGNED this 29th day of August, 2007.

_____
Janis Graham Jack
United States District Judge