UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MEECORP CAPITAL MARKETS, LLC, | § § § | |
| Plaintiff, | § | |
| VS. | § § | CIVIL ACTION NO. C-06-148 |
| TEX-WAVE INDUSTRIES, LP, *et al*, | § § § | |
| Defendants. | § | |

## ORDER DENYING CONTINUANCE

On this day came on to be considered the parties' Joint Motion for a Continuance of Trial. (D.E. 151.) The parties' motion is hereby DENIED.

SIGNED and ORDERED this 29th day of August, 2008.

_____
Janis Graham Jack
United States District Judge